IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KENNETH A. RAY,                         :
                                        :
        Plaintiff,                      :
                                        :
vs.                                     : CIVIL ACTION NO. 11-00632-KD-B
                                        :
MOBILE COUNTY CIRCUIT COURT,            :
                                        :
        Defendant.                      :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and obey the Court's Order.

**DONE** this 24th day of January, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE